IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEROY BROWN,<br>    Petitioner, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 18-CV-5561<br>: |
| THERESA DELBALSO, *et al.*,<br>    Respondents. | :<br>: |

## ORDER

**AND NOW**, this 13th day of January, 2020, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice to which no Objections have been received despite the Court having extended the deadline to December 13, 2019 at Petitioner's request [Doc. 17], IT IS **ORDERED** that:

1. The Report and Recommendation [Doc. 14] is **APPROVED** and **ADOPTED**;
2. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice;
3. There is no probable cause to issue a certificate of appealability; and
4. The Clerk of the Court shall mark this case closed for statistical purposes.

                **BY THE COURT:**

                **/s/ Jeffrey L. Schmehl**
                **JEFFREY L. SCHMEHL, J.**